# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Linda Faye Wingo,

    Plaintiff,

vs.

Robert Jerome Cole,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:09-cv-497-RLV

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2009 Order.

Signed: December 2, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court